# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 25-mj-161 |
| **v.** : | |
| : | |
| **HERSHEL GREEN, III,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery from the 1st Production, as outlined in the enclosed discovery letter, dated September 16, 2025.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Rachel Bohlen*
Rachel Bohlen
DC Bar No. 1010981
Assistant United States Attorney
601 D St NW
Washington, DC 20530
(202) 809-3575
rachel.bohlen@usdoj.gov



U.S. Department of Justice
Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

September 16, 2025

**VIA USAFX**

Christopher Davis, Esq.

    Re:    Discovery Production Letter No. 1
               <u>*United States v. Hershel Green III,*</u> 25-mj-161

Dear Counsel:

    I am writing to memorialize the production of the following material in discovery on September 16, 2025:

**On USAFX:**

Production No. 1:

- 24-sw-240 – Signed search warrant and search warrant return
- 3:25-mj-71021 SK – Warrant return
- 305I-WF-4111860_0000001.pdf
- 305I-WF-4111860_00000010.pdf
- 305I-WF-4111860_0000010_1A0000007_0000001.pdf
- 305I-WF-4111860_00000011.pdf
- 305I-WF-4111860_00000012.pdf
- 305I-WF-4111860_00000013.pdf
- 305I-WF-4111860_0000013_1A0000008_0000002.pdf
- 305I-WF-4111860_0000013_1A0000008_0000003.pdf
- 305I-WF-4111860_0000013_1A0000008_0000004_PHYSICAL.pdf
- 305I-WF-4111860_00000014.pdf
- 305I-WF-4111860_0000014_1A0000009_0000001.pdf
- 305I-WF-4111860_00000015.pdf
- 305I-WF-4111860_00000017.pdf
- 305I-WF-4111860_0000017_1A0000010_0000001_PHYSICAL.pdf

- 305I-WF-4111860_00000019.pdf
- 305I-WF-4111860_00000020.pdf
- 305I-WF-4111860_00000021.pdf
- 305I-WF-4111860_00000022.pdf
- 305I-WF-4111860_00000023.pdf
- 305I-WF-4111860_00000024.pdf
- 305I-WF-4111860_00000025.pdf
- 305I-WF-4111860_00000026.pdf
- 305I-WF-4111860_00000029.pdf
- 305I-WF-4111860_00000030.pdf
- 305I-WF-4111860_00000031.pdf
- 305I-WF-4111860_00000032.pdf
- 305I-WF-4111860_00000033.pdf
- 305I-WF-4111860_00000034.pdf
- 305I-WF-4111860_00000035.pdf
- 305I-WF-4111860_00000036.pdf
- 305I-WF-4111860_00000037.pdf
- 305I-WF-4111860_00000038.pdf
- 305I-WF-4111860_00000039.pdf
- 305I-WF-4111860_0000039_1A0000014_0000001.jpg
- 305I-WF-4111860_0000039_1A0000014_0000002.jpg
- 305I-WF-4111860_0000039_1A0000014_0000003.jpg
- 305I-WF-4111860_0000039_1A0000015_0000001.pdf
- 305I-WF-4111860_0000039_1A0000015_0000002.pdf
- 305I-WF-4111860_0000039_1A0000016_0000001.zip (containing 9 photographs)
- 305I-WF-4111860_00000040.pdf
- 305I-WF-4111860_0000040_1A0000017_0000001.jpg
- 305I-WF-4111860_0000040_1A0000017_0000002.jpg
- 305I-WF-4111860_0000040_1A0000017_0000003.jpg
- 305I-WF-4111860_0000040_1A0000017_0000004.jpg
- 305I-WF-4111860_00000041.pdf
- 305I-WF-4111860_00000042.pdf
- 305I-WF-4111860_00000043.pdf
- 305I-WF-4111860_0000043_1A0000018_0000001.jpg
- 305I-WF-4111860_00000044.pdf
- 305I-WF-4111860_0000044_1A0000019_0000001.zip (containing 5 photographs)
- 305I-WF-4111860_0000044_1A0000019_0000002.pdf
- 305I-WF-4111860_00000045.pdf
- 305I-WF-4111860_00000046.pdf
- 305I-WF-4111860_00000047.pdf
- 305I-WF-4111860_0000047_1A0000020_0000003.zip (containing 4 documents)
- 305I-WF-4111860_00000049.pdf
- 305I-WF-4111860_00000050.pdf
- 305I-WF-4111860_00000051.pdf

- 305I-WF-4111860_00000052.pdf
- 305I-WF-4111860_00000053.pdf
- 305I-WF-4111860_0000053_1A0000022_0000001_PHYSICAL.pdf
- 305I-WF-4111860_00000054.pdf
- 305I-WF-4111860_0000054_1A0000689_0000002.zip – Snap Inc. subpoena records
- 305I-WF-4111860_00000055.pdf
- 305I-WF-4111860_0000055_1A0000647_0000001.pdf
- 305I-WF-4111860_0000055_1A0000647_0000002.pdf
- 305I-WF-4111860_0000055_1A0000647_0000003.pdf
- 305I-WF-4111860_00000056.pdf
- 305I-WF-4111860_0000056_1A0000683_0000001.zip – Meta Platforms, Inc. subpoena records
- 305I-WF-4111860_00000057.pdf
- 305I-WF-4111860_0000057_1A0000750_0000002.pdf
- 305I-WF-4111860_0000057_1A0000750_0000003.pdf
- 305I-WF-4111860_0000057_1A0000750_0000004.pdf
- 305I-WF-4111860_00000058.pdf
- 305I-WF-4111860_00000059.pdf
- 305I-WF-4111860_0000059_1A0000023_0000001.pdf
- 305I-WF-4111860_00000060.pdf
- 305I-WF-4111860_00000062.pdf
- 305I-WF-4111860_00000063.pdf
- 305I-WF-4111860_00000064.pdf

  I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you. The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

  Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Rachel Bohlen*
Rachel Bohlen
Assistant United States Attorney
Phone: (202) 809-3575
E-mail: Rachel.Bohlen@usdoj.gov
